# GREENBERG FREEMAN LLP

**MEMO ENDORSED**

*[signature]*

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE      Dated: 11/8/24

<span style="color:red">The request to adjourn the conference is GRANTED. The conference is hereby rescheduled for **Tuesday, December 10, 2024 at 12:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's Teams conference line at the scheduled time. **Please call (646) 453-4442; access code [991197204#].**</span>

Sanford H. Greenberg
sgreenberg@greenbergfreeman.com

110 East 59th Street
New York, New York 10022
Tel 212.838.9738
Fax 212.838.5032

www.greenbergfreeman.com

November 7, 2024

BY ECF
Honorable Valerie Figueredo
United States Magistrate Judge
United States Courthouse
500 Pearl Street
Room 1660
New York, New York 10007

      Re: Katharine Morling v. UCP International Co., Ltd. d/b/a
          UCP Group, a Hong Kong Company
          Case No. 24-cv-04081 (VSB) (VF)

Dear Judge Figueredo:

I represent defendant UCP International Company, Limited. ("UCP").

I am writing to request an adjournment of the conference scheduled for November 25, 2024. The reason for the adjournment is I have two previously scheduled depositions on November 25, 2024 which I anticipate will last the entire day. This is UCP's first request for an adjournment of the conference. Plaintiff's counsel consents to the adjournment and we are both available on November 26 and 27.

                        Respectfully submitted,

                        *[signature]*

                        Sanford H. Greenberg

cc: David MS Jenkins (by ECF and email)