UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KATHARINE MORLING,

                              Plaintiff,                      24-CV-4081 (VSB) (VF)

         v.                                             **ORDER**

UCP INTERNATIONAL CO., LTD. d/b/a UCP
GROUP,

                              Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      As discussed by the parties at ECF No. 17 and during the conference on December 10, 2024, the parties are directed to begin a period of jurisdictional discovery, limited to the issue of whether personal jurisdiction over UCP International exists in this Court. Any jurisdictional discovery must be completed by **March 31, 2025**.

      Although the motion for judgment on the pleadings at ECF No. 19 was discussed at the conference on December 10, the motion is not within the scope of the referral order and is currently pending before Judge Broderick. See ECF No. 13.

      **SO ORDERED.**

DATED:     New York, New York
                 December 11, 2024

                                                              VALERIE FIGUEREDO
                                                             United States Magistrate Judge