UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KATHARINE MORLING,

                        Plaintiff,                 **24-CV-4081 (VSB) (VF)**

      v.                                   **ORDER**

UCB INTERNATIONAL CO., LTD. d/b/a "UCP
GROUP",

                        Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff is directed to respond to Defendant's motion for reconsideration at ECF No. 38 by **Friday, May 23, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
               May 19, 2025

                                                     VALERIE FIGUEREDO
                                                     United States Magistrate Judge